**Daphney Thevenin**
7210 Oxford Ave Apt 2D
Philadelphia, PA 19111



July 3, 2025

**Clerk of Court**
United States Bankruptcy Court
Eastern District of Pennsylvania
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re: Case No. 25-11139-amc – Verification of Bankruptcy Reporting Practices**

Dear Clerk of Court,

I am writing regarding my bankruptcy case filed and discharged under the name Daphney Thevenin and referenced above.
My objective is to understand the court's role in the dissemination of bankruptcy information to credit reporting agencies. Specifically, I respectfully request a written confirmation regarding the following:

1. Does the Eastern District of Pennsylvania Bankruptcy Court report bankruptcy filings or discharge information directly to any national credit bureaus (Experian, TransUnion, Equifax) or their data vendors such as LexisNexis, PACER, or public record aggregators?
2. Does the court verify bankruptcy reporting or communicate any updates to those third-party entities?

Understanding that courts do not normally communicate with credit bureaus, your explicit confirmation will greatly assist me in challenging the accuracy and legitimacy of this information on my credit report.

Please send a brief, formal statement confirming your court's policies regarding the reporting or verification of bankruptcy information.

Thank you for your time and attention. Your response will assist me in ensuring that my credit report reflects accurate, verifiable public records in compliance with consumer protection law.

Sincerely,

*[signature]*

**Daphney Thevenin**